In the Matter of the Application of HATTIE BURR to Open Default and for Leave to Elect to Take the Intestate Share of a Widow as against the Last Will and Testament of EDWIN P. BURR, Deceased.— Order affirmed, without costs of this appeal to any party. All concur. (The order grants a motion to open a default in filing notice of election.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of JENNIE R. COWDEN, Deceased.— Decree affirmed, with costs. All concur. (The decree allows a claim against an estate for money loaned.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CHARLES A. WEST, Appellant, v. SINCLAIR REFINING COMPANY and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action for personal injuries sustained by reason of falling into a pit at a gasoline station.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

WATERTOWN UNDERWRITERS CORPORATION, Respondent, v. HAROLD G. BARRETT, Appellant, and LEON D. WELCH, Defendant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an injunction action, under a contract of employment.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.